**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

ARMSTRONG TEASDALE, LLP,  )
a Missouri limited liability partnership,  )
7700 Forsyth Boulevard, Suite 1800  )
St. Louis, Missouri   63105  )
  )    Case Number:
  )
  )
            Plaintiff,  )
vs.  )
  )
  )
VISUAL TECHNOLOGY  )
INNOVATIONS, INC., a Nevada  )
corporation,  )
  )
Serve: Registered Agent  )
        Registered Agents Inc.  )
        732 South 6th Street, Ste. R  )
        Las Vegas, Nevada 89101  )
  )
**RETURN TO PLAINTIFF FOR SERVICE**  )
**BY SPECIAL PROCESS SERVER**  )
  )
and  )
  )
VISUAL SEMICONDUCTOR, INC.,  )
a Wyoming corporation,  )
  )
Serve: Registered Agent  )
        Registered Agents Inc.  )
        30 North Gould Street, Ste. R  )
        Sheridan, WY  82801  )
  )
**RETURN TO PLAINTIFF FOR SERVICE**  )
**BY SPECIAL PROCESS SERVER**  )
  )
            Defendants.  )

## VERIFIED COMPLAINT FOR SUIT ON ACCOUNT AND UNJUST ENRICHMENT FOR LEGAL SERVICES RENDERED

COMES NOW Plaintiff Armstrong Teasdale, LLP ("Plaintiff"), a Missouri limited liability partnership, by and through counsel, and for its cause of action against Defendants states the following:

1.      Plaintiff is, and at all times herein mentioned was, a Missouri limited liability partnership, duly organized under Missouri law, with its principal place of business at 7700 Forsyth Boulevard, St. Louis, Missouri 63105.

2.      Defendant Visual Technology Innovations, Inc., ("VTI"), is a Nevada corporation which may be served through its registered agent at the address set forth in the caption hereto.

3.      Defendant Visual Semiconductor, Inc., ("VSI") is a Wyoming corporation which may be served through its registered agent at the address set forth in the caption above.

4.      Defendant VTI and Defendant VSI may collectively be referred to as "Defendants".

5.      The partners of Armstrong Teasdale, LLP are citizens of Missouri, Illinois, Kansas, Colorado, Florida, Georgia, District of Columbia, New York, Pennsylvania, and New Jersey as fully disclosed in Plaintiff's Disclosure Statement.

6.      No partners of Armstrong Teasdale, LLP are citizens of Nevada or Wyoming.

7.      This Court has jurisdiction of this matter pursuant to 28 U.S.C. §1332 (a) (1) because the amount in controversy exceeds $75,000.00 and is between citizens of different States as defined in 28 U.S.C. §1332 (e).

8.    This Court has jurisdiction of the Defendants because they transacted business in Missouri with Plaintiff as well as other entities in the course of their business. Furthermore, a substantial portion of the legal services that are the subject of this lawsuit were provided from and conducted in St. Louis County, Missouri.

9.    Venue is proper because services and transactions that are the subject of this lawsuit were provided from and conducted in St Louis County, Missouri.

## Background

10.    Upon information and belief and according to public filings, Mathu Rajan founded and is the sole officer, director, and shareholder of Defendant VTI.

11.    Upon information and belief and according to public filings, Mathu Rajan is also the founder and Chief Executive Officer of Defendant VSI, which is VTI's only funding source.

12.    Defendants are technology companies focusing on 3D display technology.

13.    The financial interests of Defendants are interconnected and inseparable from one other.

14.    On March 12, 2021, Armstrong Teasdale, LLP, and VTI entered a legal services agreement ("Agreement") in which VTI requested Armstrong Teasdale, LLP, provide legal services.  A copy of the Agreement is attached as Exhibit "A"

15.    Between March 12, 2021, and June 30, 2022, Armstrong Teasdale, LLP, provided the services contemplated under the Agreement.

16.    The scope of the services Armstrong Teasdale, LLP, provided involved challenging a creditor's foreclosure of VTI's assets, pursuing the ownership and control of a related entity, and serving as VTI's counsel in multiple bankruptcy proceedings in which VTI was a creditor.

17.     The charges for the complex legal services Armstrong Teasdale, LLP, provided were reasonable.

18.     Despite providing the legal services requested and demanding payment, Defendants have failed to pay Plaintiff.

19.     Plaintiff provided $1,941,218.61 worth of legal services to Defendants; only one partial payment of $65,770.00 was made.

20.     As of January 1, 2026, the amount due to Plaintiff for legal services rendered is $1,875,448.61, plus $1,002,314.48 in interest.  A copy of the Statement of Account showing the past due amounts is attached a as Exhibit "B" and incorporated herein by reference.

<u>Count I – Suit on Account against Defendant VTI</u>

21.     Plaintiff restates paragraphs 1-20 for its paragraph 21.

22.     Defendant VSI has failed to pay Plaintiff for all the legal services  Plaintiff provided and Defendant requested and accepted.

23.     As a result of Defendant's failure to pay under the terms of the Agreement, Plaintiff has been damaged in the amount of $2,877,763.09 through January 1, 2026, exclusive of attorney's fees and costs.

24.     Plaintiff has incurred and will continue to incur attorney's fees and costs of collection as incidental damages.

WHEREFORE, Plaintiff prays for judgment in its favor and against the Defendant VTI as to Count I, for its reasonable attorney's fees, for its costs incurred herein, with interest accruing, and for such other and further relief as the Court may deem and just and proper in the premises.

Count II – Unjust Enrichment against Defendant VSI

25.     Plaintiff restates paragraphs 1-24 for its paragraph 25.

26.     The legal services Plaintiff provided conferred a benefit on Defendant VSI because of its relationship to VTI.

27.     VSI appreciated the benefit of Plaintiff's legal services.

28.     It is inequitable for VSI to not reimburse Plaintiff for the legal services it appreciated and from which it benefited.

29.     Plaintiff is entitled to payment of $2,877,763.09 for the benefit it conferred on VSI.

WHEREFORE, Plaintiff prays for judgment in its favor and against Defendant VSI as to Count II, for reasonable attorney's fees, for its costs incurred herein and with interest accruing, and for such other and further relief as the Court may deem and just and proper in the premises.

Respectfully submitted,

ARMSTRONG TEASDALE LLP

/s/  Amy Tucker Ryan
Amy Tucker Ryan, #49047MO
atryan@atllp.com
7700 Forsyth Blvd, Ste. 1800
St. Louis, Missouri  63105
Phone: (314) 621-5070
Fax: (314) 621-5065
ATTORNEYS FOR PLAINTIFF

## Verification

I, Maureen O. Bryan, General Counsel of Armstrong Teasdale, LLP, a Missouri limited liability partnership, do hereby state that I have read the foregoing Complaint and further state that the allegations, statements, and averments contained therein are true and accurate to the best of my knowledge and belief.

Name:  Maureen O. Bryan
Title:   General Counsel


State of _Missouri_          )
                             )
County of _St Louis_         )


On this _22nd_ day of January, 2026, before me, the undersigned notary, personally appeared Maureen O. Bryan, personally known to me to be the person whose name is signed above, and acknowledged to me that she signed it voluntarily for its stated purpose as General Counsel of Armstrong Teasdale, LLP, a limited liability partnership.


MICHELLE MARIE LAAKER
Notary Public - Notary Seal
St Louis County - State of Missouri
Commission Number 25285248
My Commission Expires Nov 4, 2028

NOTARY PUBLIC

My Commission Expires: _11-4-2028_