**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **ARMSTRONG TEASDALE, LLP,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 4:26-cv-00105** |
| **VISUAL TECHNOLOGY INNOVATIONS, INC. and VISUAL SEMICONDUCTOR, INC.,** | **JURY TRIAL DEMANDED** |
| **Defendants.** | |

**DISCLOSURE STATEMENT**

Pursuant to Local Rule 2.09, and Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4, the

undersigned discloses the following information about: Defendant Visual Semiconductor, Inc.

1.      If the subject is a non-governmental corporation that is a party, intervenor, or proposed intervenor in a civil or criminal case,

a.      Whether it is publicly traded, and if it is, on which exchange(s):

**Visual Semiconductor, Inc. is a Wyoming corporation.**

**Visual Semiconductor, Inc. is not publicly traded.**

b.      Its parent companies or corporations (if none, state "none"):

**Visual Semiconductor, Inc. is 100% owned by parent company Incergo S.A., which is publicly traded on the Vienna stock exchange.**

c.      Subsidiaries that are not wholly owned by the subject (if none, state "none"):

**None**

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of all persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

d.      Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):

**Visual Semiconductor, Inc. 100% owned by Incergo, S.A., as stated above.**

2.      If the subject is a party, intervenor, or proposed intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:

**Visual Semiconductor, Inc. is a corporation incorporated in the State of Wyoming.**

**Its principal place of business is: 46704 Fremont Blvd, Fremont, CA 94538, USA.**

**Visual Semiconductor, Inc. is 100% owned by parent company Incergo S.A., which**

**is a Luxembourg corporation with its principal place of business located at: 2C Rue Nicolas**

**Bové, 1253 R.C.S. Luxembourg B228776.**

**Incergo S.A. has no parent company.**

3.      If the subject is an organizational victim in a criminal case,

a.      The victim's identity

b.      If the victim is a corporation,

1.      Whether it is publicly traded, and if it is, on which exchange(s):

2.      Its parent companies or corporations (if none, state "none"):

3.      Subsidiaries that are not wholly owned by the subject (if none, state "none"):

4.      Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):

2

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, which means no later than seven (7) days of the change or event.  E.D.Mo. L.R. 2.09(A)(2) and (B)(2); Fed. R. Civ. P. 7.1(a)(2)(B) and (b)(2); Fed. R. Crim. P. 12.4(b)(2).

By: /s/    *John J. Charron*
                    Counsel

John J. Charron
Charron Law Firm
313 N Rock Hill Rd,
Webster Groves, MO 63119
Phone: (314) 817-4588
Email: john.charron@charronlaw.com
*Local Counsel for Defendants*


By: /s/ *Michael C. Whitticar*
                    Counsel

Michael C. Whitticar (V.S.B. No. 32968)
NOVA IP Law, PLLC
155 Broadview Avenue, Suite 200
Warrenton, VA 20186
Phone: (571) 386-2980
Fax: (855) 295-0740
Email: mikew@novaiplaw.com
*Virginia Counsel for Defendants*
Admitted *Pro Hac Vice*

3

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Disclosure Statement was served by e-mail by electronic notice on all parties on:


Amy Tucker Ryan, #49047MO
atryan@atllp.com
7700 Forsyth Blvd, Ste. 1800
St. Louis, Missouri 63105
Phone: (314) 621-5070
Fax: (314) 621-5065
*Attorney for Plaintiff*

/s/ *Michael C. Whitticar*
Michael C. Whitticar

4