IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| ARMSTRONG TEASDALE, LLP,<br><br>Plaintiff,<br>vs.<br><br>VISUAL TECHNOLOGY INNOVATIONS, INC. and VISUAL SEMICONDUCTOR, INC.<br><br>Defendants. | Case No. 4:26-cv-00105 |

**WITHDRAWAL OF COUNSEL**

Please take notice that Amy T. Ryan of Armstrong Teasdale, LLP, hereby withdraws as counsel for Plaintiff Armstrong Teasdale LLP, in the above-referenced matter. Erin Edelman of the law firm Armstrong Teasdale, LLP remains as counsel of record for Plaintiff Armstrong Teasdale, LLP in this case.

Date: November 5, 2026

ARMSTRONG TEASDALE LLP

By: */s/ Amy T. Ryan*

Amy T. Ryan #49047 MO
Erin M. Edelman #67374 MO
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
314.621.5070
314.621.5065 (facsimile)
atryanatllp.com
EEdelman@atllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2026, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Amy T. Ryan*